UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHARITA SLAGER,<br><br>        Plaintiff,<br><br>    v.<br><br>GLU MOBILE, INC., NICK EARL, NICCOLO DE MASI, ERIC BALL, ANN MATHER, HANY NADA, BENJAMIN T. SMITH, IV, GREG BRANDEAU, BEN FEDER, GABY TOLEDANO, and DARLA K. ANDERSON,<br><br>        Defendants. | Case No.: 21-cv-2393 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), consolidated plaintiff Abbas Khambati hereby voluntarily dismisses his claims the above-captioned consolidated action (the "Consolidated Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Consolidated Action.

Dated: May 10, 2021

        **MOORE KUEHN, PLLC**

        */s/Justin Kuehn*
        Justin A. Kuehn
        Fletcher W. Moore
        30 Wall Street, 8th floor
        New York, New York 10005
        Tel: (212) 709-8245
        jkuehn@moorekuehn.com
        fmoore@moorekuehn.com

        *Attorneys for Plaintiff*